*Levy,* and *F. E. Youngman* for respondent. Reported below: 135 F. 2d 314.

No. 180. TRANSBAY CONSTRUCTION CO. *v.* CITY AND COUNTY OF SAN FRANCISCO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Sidney M. Ehrman* and *H. Thomas Austern* for petitioner. *Messrs. Dion R. Holm, Henry Heidelberg,* and *Maurice E. Harrison* for respondent.

No. 181. LIPPARD ET AL. *v.* NORTH CAROLINA. October 11, 1943. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. John M. Robinson* for petitioners. *Messrs. Harry McMullan,* Attorney General of North Carolina, and *Hughes J. Rhodes,* Assistant Attorney General, for respondent.

No. 182. SCHIAVONE-BONOMO CORPORATION *v.* BOUCHARD TRANSPORTATION CO., INC. ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Paul Speer* for petitioner. *Messrs. Frank C. Mason* and *Edward L. P. O'Connor* for the Bouchard Transportation Co.; and *Mr. John C. Crawley* for the Buffalo Barge Towing Corporation,—respondents.

No. 184. COVER *v.* CHICAGO EYE SHIELD CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Joshua R. H. Potts* and *Eugene Vincent Clarke* for petitioner. *Mr. Franklin M. Warden* for respondent.